Ex. A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| ANNESSA LEWIS, | ) | |
|      Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:14-cv-205 |
| | ) | |
| BELLOWS FALLS CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, BELLOWS | ) | |
| FALLS VERMONT, INC., | ) | |
| WATCHTOWER BIBLE AND TRACT | ) | |
| SOCIETY OF NEW YORK, INC., and | ) | |
| NORTON TRUE, | ) | |
|      Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Pietro J. Lynn, Esq. hereby certify that on this date I electronically filed with the Clerk

of Court the following document:

**Defendant Watchtower Bible and Tract Society of New York, Inc.'s Objections and
Responses to Plaintiff's First Set of Requests for Production of Documents**

Using the CM/ECF system.  The CM/ECF system will provide service of such filing(s) via

Notice of Electronic Filing (NEF) to the following parties:

Jerome F. O'Neill, Esq.          Thomas W. Costello, Esq.          William E. Kraham, Esq.
Gravel & Shea PC                 Costello Valente & Gentry, P.C.   15 Grove Street
76 St. Paul St., 7th Fl.         51 Putney Road                    PO Box 447
P. O. Box 369                    PO Box 483                        Brattleboro, VT  05302-0447
Burlington, VT  05402-0369  Brattleboro, VT  05302-0483      will.kraham@gmail.com
joneill@gravelshea.com      cvglaw@cvglawoffice.com

Marc B. Heath, Esq.
Downs Rachlin Martin PLLC
199 Main St.
PO Box 190
Burlington, VT 05401
mheath@drm.com

And I also caused to be served, by U.S. Postal Service, the following non-NEF parties:

Irwin M. Zalkin, Esq.                 Devin Miles Storey, Esq.
The Zalkin Law Firm, P.C.             The Zalkin Law Firm, P.C.
12555 High Bluff Dr., Suite 301       12555 High Bluff Dr., Suite 301
San Diego, CA  92130                  San Diego, CA  92130


DATED at Burlington, Vermont, this 16th day of September, 2015.

                          WATCHTOWER BIBLE
                          AND TRACT SOCIETY OF NEW YORK, INC.

              By:    /s/ Pietro J. Lynn
                     Pietro J. Lynn, Esq.
                     Lynn, Lynn, Blackman & Manitsky, P.C.
                     76 St. Paul Street, Suite 400
                     Burlington, VT  05401
                     plynn@lynnlawvt.com


cc:    Jerome F. O'Neill, Esq.
       Marc B. Heath, Esq.
       Thomas W. Costello, Esq.
       William E. Kraham, Esq.
       Irwin M. Zalkin, Esq.
       Devin Miles Storey, Esq.