Ex. D

```
01/05/2015        Vermont State Police, A Troop-Middlesex          20329
13:12                   LAW Incident Table:                  Page:    1

   Incident
 Incident Number: 96D101863   Nature: Sex Offense
     Case Number:                      Image:
         Address: US05 - Kingdom Hall (Jehovah's Witness)
            City: Rockingham        State: VT   ZIP: 05101
            Area: 1314V BELLOWS FALLS        Contact:


   Complainant
 Numbr: 373901
 Last: Lewis               Fst: Marina        Mid: M
   DOB: 08/01/1963 SSN:    - -    Adr: 2 Fairview Avenue
 Race: W Sx: F Tel: (802)885-6106 Cty: Springfield      ST: VT ZIP: 05156


   Details
   Offense Codes: 0280                  Reported: XX42  Observed: 0280
   Circumstances: W40   LT04  LT20
 Rspndg Officers: Tetrault, D
 Rspnsbl Officer: Tetrault, D   Agency: SPD1       CAD Call ID:   492450
     Received By: Knoras, K         Last RadLog:
     How Received: T  Telephone           Clearance: RBL  Reviewed by Lt/Capt/C
   When Reported: 15:15:36 09/18/1996   Disposition: ACT  Disp Date: 09/18/1996
 Occurrd between: 15:15:36 09/18/1996   Judicial Sts:
             and: 15:15:36 09/18/1996     Supervisor: Tef
              MO:


   Narrative
 Narrative: (See below)
 Supplement: (See below)                (See below)                    &

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


 INVOLVEMENTS:
 Type  Record #    Date     Description              Relationship
   NM   307619   09/24/1996  True, Norton G           *Offender
   NM   373901   09/24/1996  Lewis, Marina M          *Person of Interest
   NM   374918   09/24/1996  JuvenileLewis, Miranda H  *Victim
   NM   374919   09/24/1996  JuvenileLewis, Annessa M  *Victim
   NM   373901   09/18/1996  Lewis, Marina M          *Complainant
   CA   492450   09/18/1996  15:15 09/18/1996 Sex Offense  *Initiating Call

 LAW Incident Offenses Detail:
                  Offense Codes
 Seq Code                       Amount
   1 0280 SEX OFF, CHILD MOLESTATION      0.00
```

TRUE0124

```
LAW Incident Circumstances:
                    Contributing Circumstances
Seq Code                                    Comments
  1 W40    Personal Weapons (Strongarm)
  2 LT04   Church/Synagogue/Temple
  3 LT20   Residence/Home


LAW Incident Responders Detail
    Responding Officers
Seq Name                Unit
  1 Tetrault, D         502
```

TRUE0125

Narrative:
_____

                VERMONT STATE POLICE INVESTIGATION REPORT

Case #:  96D101863

Officer:  Det. Sgt. David J. Tetrault

Incident:  Lewd and Lascivious Conduct with a Child, 2 Counts -                Titl
e 13 Section 2602.

Date/Time Complaint Received:  September 17, 1996 at
                               approximately 1600 hours.

Date/Time of Crime:  Victim #1 approximately four to five
                     years ago.

                     Victim #2 approximately three to four
                     months ago.

Victim:   #1.  Juvenile #1 (A.M.L.)  DOB:  01/09/87

          #2.  Juvenile #2 (M.H.L.)  DOB:  09/10/91

          (Please note the last page for victim information.)

Accused:  TRUE, Norton G.  DOB:  09/28/44
          52 Upper Meadow Road
          Rockingham, Vermont  05101
          Tel:  (802)-463-9377
          White male, height:  6'02", weight:  210 lbs

Complainant:  #1.  Social Services Investigator Sue Palmer

              #2.  LEWIS, Marina M.  DOB:  08/01/63
                   (Victim's mother)
                   448 South Street
                   Springfield, Vermont  05156
                   Tel:  (802)-885-1057

Discovered By:  The complainant, the victim's mother.

Description of Scene:    The acts took place at two locations,
             one place was the accused's barn located
                         on his property on the Upper Meadow Road
                         which is located off of US Route 5
                         (Missing Link Road) in Rockingham.  The
                         other location was the upstairs of the
             Kingdom Hall Jehovah Witnesses Church,                    also
located on US Route 5 (Missing Link
                         Road) in the town of Rockingham.

Modus Operandi:    The victims report that the accused reached
                   down in their pants with his hand and touched
                   them on their privates.  Victim #1 reported

TRUE0126

it occurred one time at the Rockingham
residence.  Victim #2 reported that it
occurred two times at the Kingdom Hall.

Property Stolen:     N/A

Evidence Taken:

List of Exhibits:   1.   An audio cassette tape containing the
                         interviews of both Victim's #1 and #2.

                    2.   A written statement provided by the
                         victim's mother, Marina Lewis.

                    3.   An anatomical drawing used with
                         Victim #1.

                         This drawing was of a white grammar
                         school age female child.

                    4.   Two anatomical drawings used with
                         Victim #2.  One was of a white preschool
                         female child to represent the victim and
                         the second was of a white adult male
                         front view to represent the accused.

                    5.   An audio cassette tape containing the
                         interview of the accused, Norton True on
                         09/23/96 at the Rockingham State Police
                         Office.

Persons Interviewed:    1.   Marina Lewis, complainant
                             (A verbal interview was conducted
                             followed up by obtaining a written
                             statement.)

                        2.   Victim #1 (A.L.)  DOB:  01/09/87
                             (An audio tape recorded interview
                             was conducted with A.L. on
                             09/18/96.)

                        3.   Victim #2 (M.L.)  DOB:  09/10/91
                             (An audio tape recorded interview
                             was conducted with M.L. on
                             09/18/96.)

                        4.   Norton True, accused. (On
                             09/23/96.)

Synopsis:


This case involves a report of child abuse involving two young
girls ages 4 and 9 being touched inappropriately by the accused.
The 9 year old reported it occurred to her when she was four or
five years old.  She reported the accused touched her on her

privates, underneath her clothing when she was in the accused's
barn with him.

The 4 year old reported that the accused touched her on her
privates, underneath her clothing when the two were alone
together upstairs in the Kingdom Hall, Jehovah Witness Church.
The 4 year old indicated it happened a second time also in the
church however she was a little vague in that description.

Both girls indicated that after the accused touched them he told
them not to tell anyone.

The 9 year old indicated that she remembered her incident with
the accused after her 4 year old sister spoke about her incident.

An interview with the accused was arranged for and conducted on
09/23/96.  The accused gave a long explanation reference the
incident with Victim #1 A.L., but denied the act.  He also denied
touching M.L. in the privates.


Narrative:


On September 17, 1996 this officer was contacted by Social
Services Investigator Sue Palmer regarding a child abuse case.
Palmer advised there were two young girl victims who were advised
they were abused by an adult male with these incidents occurring
at the Kingdom Hall Jehovah Witness Church in Rockingham.  Palmer
gave information on the two victims, their mother and the male
accused.  Palmer advised she was going to try to set up an
appointment with the victims and their mother on 09/18/96.

After Palmer contacted this officer, the victim's mother (Marina
Lewis) telephoned and spoke with this officer.  Lewis indicated
that she was apprehensive about having her daughters come in to
speak with the police because of the concerns she has regarding
the trauma and ill effects it may have on her children.  She did
indicate that she has contacted a therapist and would be getting
the children in for therapy.

This officer attempted to express to the mother how important it
was if the girls were abused by the accused in coming forward and
giving the information so that it may be dealt with.  This
officer was able to persuade Lewis regarding the seriousness of
the offense and Lewis did agree to come to the Rockingham State
Police Office with her two daughters the following morning
(09/18/96) for 9:00 a.m..


On 09/18/96 at approximately 9:00 a.m., this officer and SRS
Investigator Sue Palmer met with the victims and their mother at
Rockingham.  We initially met with the mother to get a little bit
of background information on how she learned of the incidents
involving her children and the accused.  This officer also
requested that she provide a written statement regarding that

information, which she agreed to do.

Lewis advised that she and her family, which includes an older son and daughter have been going to the Kingdom Hall Jehovah Witnesses Church for approximately nine years.

She also indicated that in dealing with these incidents involving her daughters she has had a meeting with overseers or elders at the Kingdom Hall previous to reporting the incident.  Lewis advised besides herself there were two elders at the meeting and the accused (Norton True) and his wife (Charlene).  Lewis advised when Norton was confronted with these allegations her children had made, he denied them coming up with several excuses about the matters and she indicated that he (Norton) begged her not to report it.

Lewis advised that one of her best friends is Norton's daughter (Stacy Bathrick).  She advised that she is not that close to Norton's family but she is a good friend to Stacy.  Lewis advised Norton's property is located off of the Missing Link Road, they have animals on the property and a barn.

Lewis advised the incident involving her daughter, M.L., occurred approximately three months ago.  Lewis advised they were at the Kingdom Hall, M.L. had gone up ahead and was in the building for a few moments and when M.L. came back out she said, Norton touched me and told me not to tell.

Lewis also advised that approximately one month ago, prior to school starting they were at a party at Norton's residence. Lewis advised there were quite a few people at the party and at one point, at night she noticed Norton walking away towards the barn with M.L..  Lewis advised this worried her because of what had occurred already at the Kingdom Hall and she stopped M.L. from going with Norton.  M.L. told her mother that Norton had wanted to show her something.

Lewis also advised while they were getting ready to leave with the family around the car, M.L. made a "proposition" to Norton saying she wanted him to touch her like he did before because it felt good.

Lewis advised on the way home she and the children were talking about it and that's when the information began to come out.  M.L. had said, Norton touched her and told her not to tell.  A.L. told her mother that she believes M.L. because it almost happened to her by Norton.

Lewis advised that night or the following day she spoke to M.L. again about the incident with Norton.

Lewis further advised she spoke to Norton about it advising he has an excuse for everything.  She also indicated that Norton said to her, your kids are starved for affection.

Lewis further advised regarding the incident with M.L. and Norton

TRUE0129

at the Kingdom Hall, when M.L. said Norton touched me and told me not to tell, Norton looked really surprised.

This officer decided to interview A.L. first without the mother present.

This officer and Sue Palmer began an audio tape recorded interview with A.L. in an office at Rockingham. It is noted A.L. initially did speak to us and answered simple questions about her name and she did indicate she knew why she was here at the office. When asked to give us some information regarding wy she was here, A.L. advised she did not want to tell. She did say however that something happened to her when she was five years old, however she didn't want to say what. It was decided that she may feel comfortable with her mother in the room with us, and she agreed to this.

We began again with A.L.'s mother in the room with us and again this officer asked A.L. what had happened to her.

A.L. advised a man touched her where she didn't want to be touched. This officer asked her who the man was and she replied Norton, Norton Bathrick. It is noted, Bathrick is the last name of Norton's daughter Stacey, who is a friend of Mrs. Lewis. I asked her how she knew Norton and she advised because he is in the same religion as she is.

This officer asked A.L. what she meant by him touching her, she advised he touches her in her privates. I asked her when this occurred and she advised when she was four or five years old.

This officer continued with questions and A.L. responded that it occurred at Norton's residence, that he lives on a farm and it occurred in the barn. She also was asked how many times it occurred and she advised one time.

A.L. advised that she was going in the barn with Norton to feed the horse and that it was only Norton and herself in the barn.

A.L. advised that Norton stuck his hand down her pants and touched her in her privates.

At this point we utilized an anatomical drawing to assist in having A.L. point out what she meant by her privates. A.L. used a pen and pointed and touched the pen at the area of the crotch of the little girl on the drawing. When A.L. did this she advised right there, meaning he touched her right there. A.L. advised he touched her with his hand and that he stuck his hand down under her clothing, and she remembered she was wearing overalls at the time. A.L. indicated that she was also wearing a shirt and undergarments. A.L. further indicated that he touched her under her undergarments.

This officer asked A.L. if Norton said anything to her, she said, he said don't tell anybody.

TRUE0130

A.L. was asked additional questions and she responded this only happened one time, that it happened during the summer time and that she never told anybody about it until just recently.  She was also asked why she never told anyone about it and A.L. advised, because he said not to tell anybody and she was five years old.

When asked about how she knew her age she advised, she was four or five years old and that she was going to preschool at the time.

A.L. advised she just recently, about a month ago told her mother about it because her sister M.L. brought it up saying Norton had touched her (M.L.).

A.L. also advised that when this occurred she was not hurt and she also indicated that she did not touch any part of Norton's body.

A.L. advised she was called out of the barn that day by Norton's daughter (Stacy) and then she and Stacy left and went over to Stacy's residence.

This officer also asked A.L. if she could describe Norton and she did give some physical descriptions of him, to include a bald spot on his head.

After finishing the interview with A.L. we then interviewed M.L. again with her mother present and A.L. out of the room.

When M.L. was asked why she was here to speak with us initially she advised she forgot why she was there and this officer reminded her that we had heard something had happened at the Kingdom Hall.

M.L. advised somebody at the Kingdom Hall touched her in her privates.  This officer then asked her who did this and again she advised she forgot and asked her mother who did this.  By saying she forgot M.L. advised she forgot the name, so this officer attempted to have her describe the person.  M.L. advised that he was an adult man and that he goes to her church.  We spent a few more moments with M.L. trying to help her to remember by having her describe the man and finally it dawned on her and she blurted out Norton, that his name was Norton.

M.L. was asked and advised that she has known Norton since she was born.

M.L. was asked what has happened between Norton and herself and she advised, after he touched her in her privates, he told her not to tell anybody.  M.L. did indicate however that she did tell one person, her older sister Jennie.

M.L. advised that this occurred one time while they were in the upstairs room of the Kingdom Hall.  M.L. also advised that when

TRUE0131

he touched her in her privates he did it with no one else seeing, saying everyone else was downstairs.

M.L. was asked if she could describe what her privates are and she advised her privates are her own space where no one else can touch you.

It was at this point that we used an anatomical drawing with M.L. and she was handed a pen and asked to point out on the drawing where the privates were. M.L. did use the pen and we asked her to mark the area and she marked the crotch area of the girl in the drawing. M.L. also advised that Norton touched her privates with his hand. She advised that he reached under her underwear and touched her privates. M.L. also advised that he did tell her at the time not to tell anyone.

This officer asked M.L. if it happened more than one time and M.L. advised, yeah it happened a different day. It is noted M.L. was unable at this time to provide more information about the different day. She did advise that it happened the next day after the first day. She also indicated that both times it was at the Kingdom Hall.

M.L. could not pinpoint the time or the day that this happened, however she did say that it was in the spring time before summer and that she was four years old. I asked her if it was something that just happened recently and she said yes.

M.L. advised that the first person she told about this was her sister Jen.

M.L. advised that she told her mother the day there was a going away party held at Norton's place.

It is noted Mrs. Lewis advised that this party is where she observed Norton walking towards the barn with M.L. and Mrs. Lewis stopped them and then later at the car as they were about to leave M.L. propositioned Norton to touch her again because she liked the way it felt. It is then during this car ride home that the family spoke about what had been going on. Lewis advised this party was sometimes towards the middle to end of August, 1996.

When asking M.L. if anything else had happened with Norton she indicated at this time that it happened another time with another person. She advised this other person who touched her on her privates was named Clyde.

It was learned that a retarded boy named Clyde Horton had been staying with the Lewis's for a short time. It was somebody that Mrs. Lewis was caring for.

M.L. advised that Clyde touched her in her privates just like the other person did.

It was determined that this occurred in the town of Springfield

and was unrelated to this particular case, however we did use an
adult man anatomical drawing with both the Clyde information and
to indicate what part of Norton's body touched M.L..  M.L.
indicated on the drawing that Norton's hand touched her privates.
She also noted that Clyde's hand touched her privates.

M.L. did indicate that the incident with Clyde occurred in the
barn on her property which is located in Springfield.  In trying
to clear up some of the confusion in her story between Norton and
Clyde, M.L. did advise Norton did not hurt her, Clyde hurt her.
M.L. also advised that when Norton touched her he tickled her.

The adult male drawing was used with M.L. and she indicated after
some discussion with us the only part of the male body from
Norton that touched her privates was his hand and the same with
Clyde.

Once the interview with M.L. was over, this officer again
requested the written statement from Mrs. Lewis and she agreed to
provide it and get in touch with this officer the next day.

It is noted on 09/19/96 this officer did meet with Mrs. Lewis
again at the Rockingham State Police Office and she did provide a
five page written statement regarding the information she knew
surrounding the events or incidents with her daughters.

On 09/19/96 this officer contacted Mrs. True, the wife of the
accused Norton True by telephone.  She advised that Norton was
out of town but she would take my telephone number and give that
to him so that he may give me a call.  During the afternoon of
09/19/96 Mr. True did call and speak to this officer by
telephone.  He was advised that I needed to speak to him
regarding a matter of information that I had learned about.  He
asked if it was involving two little girls from the Kingdom Hall
and I told him yes it was.  He advised that he would be out of
town on 09/20/96 also.  It was then arranged that we would meet
on Monday morning, 09/23/96 at 9:00 a.m..

On 09/23/96 at approximately 9:00 a.m. this officer met with Mr.
True at the VSP Office in Rockingham.  It is noted Mr. True's
wife dropped him off and then waited for him.

This officer informed Mr. True that he was not under arrest and
that he was free to leave at any time, that I was interested in
hearing his side of the story regarding allegations made about
inappropriate conduct with the two little girls.  Mr. True
advised that he was aware of a complaint from both A.L. and M.L..

True advised that he has no idea what the allegation from M.L. is
all about, and he added that it is totally false as far as he was
concerned.

True went on to say that he was contacted by the girl's mother
about two months ago and they had a meeting at his residence.
True advised at this meeting he learned there was an allegation
of sexual impropriety occurring at the Kingdom Hall during

meetings.  He advised he was told by the mother that this
happened more than once at the Kingdom Hall.

True went on to say that the mother also said that A.L. also
reported that it had happened to her too.  The incident with A.L.
occurred at his home in the barn.  True advised there was an
incident that did occur in the barn with A.L. occurring
approximately four to five years ago.  True did indicate that his
wife was present for at least part of the incident.

True advised that he came to know the Lewis family quite well
because his daughter Stacey became good friends with Mrs. Lewis.

True advised the incident in the barn occurred during the summer
or late summer.  He advised he has a small farm with horses and
sheep and the children like to come to see the animals.  He
advised on this particular day both A.L. and her older brother KJ
had come over.  He believes his daughter Stacey had to leave to
go do something.  The two Lewis children were there with he and
his wife.  He advised he believed it was late in the day and
there were not many chores to do and the children wanted to do
something.  So he asked them if they would like to pick up some
butternuts from the ground underneath his butternut tree.  The
children advised that they would like to do that.

True advised that he and A.L. went into the barn to get a grain
sack for picking up the butternuts.  True advised his wife had to
go into the house at that time.  True advised he remembers taking
A.L. by the hand, walking into the barn and he was about ready to
reach up to get a grain bag when A.L. indicated that she wanted
to do it.

True advised that A.L. was at the time wearing a pair of bib
overalls.  He advised these overalls had openings on the side.
True advised it is his habit when he picks little children up
that he grabs a hold of their clothing.  He advised that is what
he did with her, picked her up by her loose fitting clothing,
held her up so she could grab a bag and on the way back down she
said something to the effect of ouch, or it hurt.  True advised
he asked her what was the matter and then they turned and walked
outside the barn.  He advised he believed she either said ouch
again or she started to touch herself in the front.  He said
what's the matter again and she would not say anything.  True
advised he felt that maybe he gave her a wedgie by picking her up
or possibly she had a bee in her clothing.  He said he may have
asked her if he could look in to her clothing or he was just
moving fast and began to look inside her clothing.  True advised
he put his hand in through the overalls by the opening at the hip
and was pulling it open so that he could see in.

True advised at that instance his wife came around the corner and
asked what was the matter.  He advised he told his wife that A.L.
said something's bothering her.  True advised he did have his
hand inside of her overalls and he was pulling it so that he
could see if it was her underwear or a bee.  True advised his
wife took over and she stopped whatever was bothering A.L..  He

TRUE0134

advised his wife asked A.L. if she was alright, and the girl either didn't say anything or she said yes.

True advised that he then told A.L. to run off and find her brother.

True did advise that he and his wife spoke about this, she said what were you doing. He advised he answered her by saying I thought she was hurt, I thought there was something wrong with her and the wife responded to him by saying you cannot mother other peoples children like you would your own.

True advised his wife went off and asked A.L. again if she was alright and the child responded by either saying yes or nothing at all. True advised it was never really determined why the child said ouch.

During questioning, True advised his hand was never near A.L.'s private parts. He advised he does not believe his hand even got to the point of where her underwear were. He advised he was pulling the clothing apart and looking in and admitted that anybody seeing that would wonder what he was doing.

True advised the child never said anymore to his knowledge and he advised they never told the child's mother about it either, he advised they just passed it off.

True advised if he made a mistake in judgement it was probably to even have tried to find out what was bothering her. True did say however, he has taken care of dozens, scores of children over his time. By that he was asked and advised, his relatives.

True advised that was the incident with A.L., four or five years ago. True did advise that the incident was discussed with Mrs. Lewis at the meeting at his residence. True was asked if he remembered all of the information he had just given, such as the fact that A.L. was wearing overalls. He advised yes, that was the same information he told Mrs. Lewis at the meeting.

In reference to the incident with M.L., True advised that he held a party at his residence on July 26, 1996 for a family who was moving from the area. The party was a cookout and various people from the Kingdom Hall were invited to say good-bye to the family. True advised there were approximately seventy-five to eighty people at the party.

True advised it was after dark and Mrs. Lewis was trying to round up her children to leave the party. He advised M.L. was in their van with one of her older sisters, and M.L. had her head out the window.

True advised M.L. is a very hyperactive child and also very demonstrative, running up to you and putting her arms around you to hug you. True advised at this party M.L. said to him, which was the second time he had heard it, "do this to me, Norton." He

advised she said this from the window of their car.  He advised
when Mrs. Lewis came to her vehicle to leave, M.L. said the same
thing to him.  He said to Mrs. Lewis what is this child saying.
Mrs. Lewis responded to him by saying I don't know but I think
she has said it before concerning you.

True advised he did not know what the child was meaning but he
did say to Mrs. Lewis, well I hope you know that I would never.
It is noted Norton did not finish that thought but continued by
saying, putting two and two together he remembers seeing M.L. at
the Kingdom Hall one time, M.L. was holding on to herself and she
said, he did this to me.  Norton advised this was either a
Tuesday or a Wednesday night when this occurred at the Kingdom
Hall when they had their book study night.  This is believed to
have occurred this summer around June or July.

Norton went on to say that on these nights they have a room set
up with some treats which they call the goodie room.  The
meetings were about to start and he went down to get the children
together and he noticed M.L. in the goodie room with two other
children.  He advised while he was getting the kids out of the
room he noticed that M.L. had a shoe untied and he bent down to
tie her shoe.  He advised he tied it and headed out of the room
and was about to go upstairs when he heard M.L. say to her
mother, he did this to me, and while Norton turned around to look
at M.L. she was holding herself in her privates.

Norton advised he said something to Mrs. Lewis at the time such
as, I did not, and he further said he did not get into any detail
with the mother or to ask what M.L. was talking about.  He just
said something to the effect of I did not.

Norton advised this was one of the subjects brought up by Mrs.
Lewis during the meeting at his residence.  At the meeting Mrs.
Lewis advised that M.L. had indicated the incident at Kingdom
Hall occurred upstairs.  Norton advised the upstairs is always
open with a lot of people and meetings going on and there is
never a time when somebody is alone up there.  Norton continued
by saying he has never been alone with M.L. at the Kingdom Hall.

Norton advised he perceives that the child is very hyperactive,
always running around, and the two times he has heard her say
this was once at the Kingdom Hall and the other time at the party
at his residence.  He advised what the child says is, do this to
me Norton.  While at the same time holding her crotch.

Norton advised Mrs. Lewis then attempted to get in touch with him
a few days after the party at his residence.  This would be
sometime in August.  He advised she told him over the phone that
she needed to talk to him in reference to her girls saying that
he is improperly touching them.  Norton advised, your girls?
Thinking it was only M.L. saying these things and then Mrs. Lewis
advised that A.L. had also said that he had touched her.  He said
after hearing this from Mrs. Lewis he said to her yes let's get
together to discuss this right away.

TRUE0136

Norton advised he started to think about it, began to get
paranoid and decided to ask one of the elders of the church to be
present at the meeting.  Norton went on to say due to delays with
different people they finally had their meeting on a Wednesday
night after the Friday night party.  He believes that date would
have been on or about July 30, 1996.  He advised the meeting was
held at his house and he and his wife were there, Mrs. Lewis and
two elders from the church.  He advised Mrs. Lewis explained what
the girls had said and then he explained everything like he had
just told this officer.  He advised that Mrs. Lewis said, my
girls don't lie and I have to believe them.

Norton advised he told her, that he understands that a mother has
to take stock in what their children tell them but he said I'm
telling you now, it is not true and I don't know what to do about
it.

She advised, at the minimum she has got to go get them some
counseling to show that she's trying to protect them and he
responded by saying I understand that, and I think that's exactly
what you ought to do.

Norton also advised that they agreed not to have any contact with
one another.

Norton advised that Mrs. Lewis also said that she may have to
report this because of her job description as a mandated
reporter.  He advised he told her, do what you have to do.  He
advised he has not spoken to her or her children since that
meeting.

Norton advised he did not understand the delay in this incident
being reported.

In asking Norton if anything like this allegation has ever
occurred before with him, he advised yes unfortunately my step-
granddaughter turned me in for inappropriately touching her.  He
went on to say this occurred some years ago when the
granddaughter was eleven or twelve years old and that none of the
authorities, including SRS or the police ever spoke to him about
the allegation.  He advised the only information he received was
that the Bellows Falls Police Department were investigating it
and they did not believe her story.  He did advise the girl's
father was investigated further by the police, saying the girl
implicated both of the men.  He did give this officer the girl's
name.

Norton advised the allegation implied that he touched the girl
inappropriately, he explained that one time he was moving her
while she was in bed and another fellow was in the room at the
time and she was about to fall out of bed so he was picking her
up to put her back in the bed and his hand brushed across her
breasts.  He advised yes he did this but this was only trying to
put her back into the bed.

He advised there was also a meeting with the elders and the

little girl and family back then and he spoke to the little girl
again during one of these meetings and he indicated she just sat
there and didn't say anything to him.  He said he told her that
he did not touch her and never did anything of the sort.  He
advised that was it from his end of it, he never heard from the
police or SRS and she indicated that her father did other things
to her so he was investigated.

This officer then began to speak to Norton about the interview I
had with the children.  I told him that their stories sounded
believable.  I asked him why he thought the children would say
something like that.

Norton advised that where A.L. is concerned he feels she
misconstrued that one incident in his barn.  He advised where
M.L. is concerned, after looking back at these incidents he feels
it is right on the heels of him disciplining her.  The first
incident he describes at the Kingdom Hall he advised he was
driving her out of the goodie room.  In the other incident
occurring at his residence, he went into a long explanation on a
discussion with M.L. involving some horses at his property.  He
said she was disagreeing with what he was saying about some
horses.

Norton went on to say that he's not calling the girls liars, but
he is saying the allegations they have made are not true adding
that he is a christian man.  Norton also brought up the subject
that one of his own children had been molested in the past by
some other person.

This officer then went into an explanation to Norton regarding
the allegations made by the children and how this officer felt
about the children and the stories that they told.  I told him
that I felt the children were forthright and very believable in
what they were saying.

It is noted after this explanation Norton did not make a denial
to the allegations, however he began to explain why certain
things were the way he had said.  He did mention the fact that if
things were leading this way maybe he needs to speak to counsel,
however he did keep speaking to tell his side of the story.  He
did say that the children in the Lewis family are starved for
affection.

We continued to speak at length regarding the allegations and
Norton advised the allegations were simply not true.

After still more discussion this officer advised that due to what
the girls have said, the suspicion is still there that he was
responsible for what they are saying.  I advised, to eliminate
himself from this suspicion it might be in his best interest to
take a polygraph examination.  Norton then went in to several
reasons on why he would distrust the polygraph, naming the
circumstance with his brother in law and the girl incident.  The
fact that he had a heart problem and also bringing up the fact
that he would like to take one but he'd like to get advise from

counsel before doing so.

Again this officer made it clear to him that because he is the only one named in this, that it would be in the best interest if he would take a polygraph examination.  He advised that he would think about it but that he would contact counsel for advice regarding this.

It is noted the cassette tape ended after using up both sides and we still spoke for a few more minutes before the interview ultimately ended.  This officer advised that I would like to hear from him regarding contacting a lawyer and if he was going to take a polygraph that I would need some notice so that I could set up an appointment.

We did discuss the fact that if there was nothing else to be done with him then I would prepare my report and send it to the State's Attorney's Office for review for court action regarding the charges.

It is noted that Norton called this officer later that same day of the interview to clear up the matter of the date of the meeting and to clear up something regarding what A.L. had said. He advised he spoke to his wife and they recall Mrs. Lewis saying something to the effect of A.L. said that he (Norton) asked if he could put his hands inside her pants, and A.L. told him no.

On 09/25/96 this officer received a telephone call from Attorney Will Kraham who indicated that he would be meeting with Mr. True on October 2.  Kraham advised he would get back in touch with me later that day regarding the fact if Mr. True would be taking a polygraph examination or not.


David J. Tetrault                    Reviewed 09/29/96
K. Knoras 09/29/96

```
Law Supplemental Narrative:
                              Supplemental Narratives
Seq Name              Date              Narrative
  1                    :  :      /  /
JUVENILE #:  374918  Victim

Last Name:  LEWIS
First:  Miranda
Middle:  H.

DOB:  09/10/91
POB:

Address:  448 South Street
City, State and Zip:  Springfield, Vermont  05156

MOTHER
Name:  Marina M. Lewis
Address:  448 South Street
City, State, and Zip:  Springfield, Vermont  05156
Phone:  (802)-885-1057
DOB:  08/01/63


David J. Tetrault
K. Knoras 09/24/96
```

```
Law Supplemental Narrative:
                              Supplemental Narratives
Seq Name              Date                  Narrative
  2                        :  :      /  /
JUVENILE #:  374919  Victim

Last Name:  LEWIS
First:  Annessa
Middle:  M.

DOB:  01/09/87
POB:

Address:  448 South Street
City, State and Zip:  Springfield, Vermont   05156

MOTHER
Name:  Marina M. Lewis
Address:  448 South Street
City, State, and Zip:  Springfield, Vermont   05156
Phone:  (802)-885-1057
DOB:  08/01/63


David J. Tetrault
K. Knoras 09/24/96
```

Law Supplemental Narrative:
                              Supplemental Narratives
Seq Name              Date                 Narrative
  3                    :    :     /  /
Polygraph, Det's. Tetrault/Anderson, 10/31/96

CASE NO: 96D101863

OFFICER: DET./SGT. David J. Tetrault

List of Exhibits: A copy of the polygraph report prepared by SGt.
Kevin Anderson, regarding the test given to Norton True.


Narrative: On 10/31/96 at 09:00 hours, Attorney Will Kraham and
his client, Norton True came to the Rockingham State Police
office to have a polygraph examination conducted on Norton True.

Examiner Det./Sgt. Kevin Anderson conducted the test.

During the pre-test this officer took notes.

From Sgt. Anderson's questions, Norton advised;
The grain room is about 6'X8' in the barn.
Annessa wanted to get a grain bag. She had on overalls.
He picked her up by her clothes, by the sides. She got the grain
bag.
He set her back down.
She said "ouch, or she grabbed herself in the crotch area".

True advised he has bee's in the barn. He thought maybe a bee got
inside her pants or thought she had a wedgie.

He opened up the slit of her overalls to see inside the pants-
putting his hands in the slit.

His wife startled him, saying "What's going on"?
Annessa then walked out of barn.
His wife checked Annessa, the kid said she was alright.

Wife and him talked about it, wife said you just can't do that,
touching other people's children.

That's why he remembered the incident well.


SGT Anderson questions - he answers

He was never inside the underpants. he didn't pull underpants
back to look inside them.
It occurred outside the barn - near the doorway.
It happened very fast, matter of seconds.
He doesn't like calling the girls liars, he loves these girls,
but he did not touch them as they say.

SGT Anderson advised that he has to test him today on whether he touched the girl (Miranda) sexually or not.

True advised he has not, he did not fondle her vagina.

In reference to Miranda Lewis, SGT Anderson asked if there were any times Norton may have touched Miranda.

True advised yes, outside of her clothes.
There was a time when he went to get Miranda off of a stone wall at the church. He grabbed her around the stomach and waist area to pull her off of the wall, while doing so, he may have touched her vagina, over her clothes.

While listening to True's explanation of events, with the two children to SGT. Anderson, it is noted it was the same he had previously told this officer.

SGT. Anderson then conducted his polygraph examination.

Once concluded, SGT. Anderson advised, True was truthful and passed the test.

On 11/01/96, this officer telephoned the victims mother, Marina and told her the results. I told her I would still send the report to the States Attorney's office but prosecution was not likely. We did have a conversation about the children and counseling. I told her I'd notify SRS also.

DET./SGT. David J. Tetrault         Reviewed on 11-12-96.

W.Pasha/11-08-96

Law Supplemental Narrative:
                              Supplemental Narratives
Seq Name              Date              Narrative
 4                 :   :      /  /
Attorney Kraham, SGT. Tetrault, 10-10-96.

CASE NO: 96D101863

OFFICER: DET./SGT. David J. Tetrault

NARRATIVE: On 9-25-96, Attorney Will Kraham called and spoke to
this officer reference a meeting he would be having with Norton
True on 10-02-96. Kraham advised he'd get back in touch regarding
a polygraph.

On 10-02-96, Attorney Kraham called and this officer returned his
call on the 3RD and 4TH but was unable to reach him.

On 10-09-96 Attorney Kraham called again, and again this officer
was not available.

On 10-10-96, this officer returned Attorney Kraham's call and
spoke to him about Norton True. Kraham advised True took a
polygraph with Leroy Prior and True had no problem with it,
meaning he passed it.

Kraham advised, True would be willing to take another polygraph
conducted by a VSP examiner, and to go ahead and schedule one.

kraham also wanted to know if the states Attorney will charge
True if he passes the state test.

States Attorney Dan Davis was contacted and said there would be
no promises, everything in the investigation will be considered.

Davis also requested this officer to interview Mrs. True,
something this officer was planning to do.
On 10-10-96 at 15:20 hours, this officer called Mrs. True at
home.

Mrs. True advised that when Norton went to see Attorney Kraham
she went also. Mrs. True advised attorney Kraham suggested to
both her and Norton, not to talk to the police. She advised she
would like to talk to me however, she is going to abide by
Attorney Kraham's advise.
She did indicate she would call Attorney Kraham and ask him what
he advises. She never called back.

On 10-30-96, Marina Lewis telephoned to check status of the case.
I told her, polygraph is scheduled for tomorrow 10-31-96.

Marina did advise that as of this time, the girls had not
received any therapy or counseling as of yet, they are scheduled
to see someone soon.

DET./SGT David J. Tetrault          Reviewed on 11-12-96.

W.Pasha/11-09-96

TRUE0145