UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ANNESSA LEWIS,<br>    Plaintiff,<br><br>v.<br><br>BELLOWS FALLS CONGREGATION OF<br>JEHOVAH'S WITNESSES, BELLOWS<br>FALLS VERMONT, INC.,<br>WATCHTOWER BIBLE AND TRACT<br>SOCIETY OF NEW YORK, INC., and<br>NORTON TRUE,<br>    Defendants. | CIVIL ACTION NO. 1:14-cv-205 |

## CERTIFICATE OF SERVICE

I, Pietro J. Lynn, Esq. hereby certify that on this date I electronically filed with the Clerk of Court the following document:

**Defendant Watchtower Bible and Tract Society of New York, Inc.'s
Motion For Protective Order with Exhibits**

Using the CM/ECF system.  The CM/ECF system will provide service of such filing(s) via

Notice of Electronic Filing (NEF) to the following parties:

Jerome F. O'Neill, Esq.
Gravel & Shea PC
76 St. Paul St., 7th Fl.
P. O. Box 369
Burlington, VT  05402-0369
joneill@gravelshea.com

Thomas W. Costello, Esq.
Costello Valente & Gentry, P.C.
51 Putney Road
PO Box 483
Brattleboro, VT  05302-0483
cvglaw@cvglawoffice.com

William E. Kraham, Esq.
15 Grove Street
PO Box 447
Brattleboro, VT  05302-0447
will.kraham@gmail.com

Marc B. Heath, Esq.
Downs Rachlin Martin PLLC
199 Main St.
PO Box 190
Burlington, VT 05401
mheath@drm.com

And I also caused to be served, by U.S. Postal Service, the following non-NEF parties:

|  |  |
|---|---|
| Irwin M. Zalkin, Esq. | Devin Miles Storey, Esq. |
| The Zalkin Law Firm, P.C. | The Zalkin Law Firm, P.C. |
| 12555 High Bluff Dr., Suite 301 | 12555 High Bluff Dr., Suite 301 |
| San Diego, CA  92130 | San Diego, CA  92130 |

DATED at Burlington, Vermont, this 13th day of October, 2015.

        WATCHTOWER BIBLE
        AND TRACT SOCIETY OF NEW YORK, INC.

By:   /s/ Pietro J. Lynn
       Pietro J. Lynn, Esq.
       Lynn, Lynn, Blackman & Manitsky, P.C.
       76 St. Paul Street, Suite 400
       Burlington, VT  05401
       plynn@lynnlawvt.com

cc:   Jerome F. O'Neill, Esq.
      Marc B. Heath, Esq.
      Thomas W. Costello, Esq.
      William E. Kraham, Esq.
      Irwin M. Zalkin, Esq.
      Devin Miles Storey, Esq.