UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| ANNESSA LEWIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:14-cv-00205-jgm |
| | : | |
| BELLOWS FALLS CONGREGATION OF JEHOVAH'S WITNESSES, BELLOWS FALLS, VERMONT, INC.; WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; and NORTON TRUE, | : : : : : | |
| | : | |
| Defendants. | : | |
| | : | |

ORDER FOR PRODUCTION OF DOCUMENTS FOR *IN-CAMERA* REVIEW

Defendant Watchtower Bible and Tract Society of New York ("Watchtower") is ORDERED to submit the following documents for *in-camera* review:

Documents 2-4, 5-7, 8-10, 17 and 18 identified in Watchtower's privilege log, and referred to in its Opposition to Plaintiff's Motion to Compel. (Doc. 84 at 9-12.)

Production shall be made, on or before December 23, 2015, by mailing the documents to Chambers of Honorable J. Garvan Murtha, United States District Court, 204 Main Street, Brattleboro, Vermont 05302-0760. If an express service is used, the delivery zip code is 05301.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 16th day of December, 2015.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge