UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| ANNESSA LEWIS, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Docket No. 1:14-cv-205 |
| | ) | |
| BELLOWS FALLS CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, BELLOWS | ) | |
| FALLS, VERMONT, INC.; WATCHTOWER | ) | |
| BIBLE AND TRACT SOCIETY OF NEW | ) | |
| YORK, INC.; and NORTON TRUE, | ) | |
| Defendants | ) | |

DISCOVERY CERTIFICATE

I, Jerome F. O'Neill, Esq., attorney for Plaintiff, certify that:

1.      On August 22, 2016, I served Joseph E. Hasazi, Ph.D.'s Expert Report regarding

Annessa Lewis;

2.      On August 23, 2016, I served Joseph E. Hasazi, Ph.D.'s Curriculum Vitae; and

2.      On August 25, 2016, I served Dr. Joseph E. Hasazi, Ph.D's file and raw data

regarding Annessa Lewis [AL564-616], reference materials [Lewis022-058] and

Dr. Hasazi's listing of prior deposition and trial testimony

on the counsel of record as follows:

*Via E-mail*

Thomas W. Costello, Esq.          Walter E. Judge, Jr., Esq.
cvglaw@cvglawoffice.com          wjudge@drm.com

William E. Kraham, Esq.           Pietro J. Lynn, Esq.
will.kraham@gmail.com            plynn@lynnlawvt.com

gravel &
shea | ATTORNEYS AT LAW

76 St. Paul Street
P.O. Box 369
Burlington, Vermont  05402-0369
A PROFESSIONAL CORPORATION

George Anthes, Esq.
anthes@cvglawoffice.com

Barbara R. Blackman, Esq.
bblackman@lynnlawvt.com

Marc B. Heath, Esq.
mheath@drm.com

Jennifer E. McDonald, Esq.
jmcdonald@drm.com

John O. Miller, Esq.
jmiller@jw.org

Dated:          Burlington, Vermont
                August 26, 2016


_/s/ Jerome F. O'Neill_
Jerome F. O'Neill, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P. O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
joneill@gravelshea.com
For Plaintiff

gravel &
shea | ATTORNEYS AT LAW

76 St. Paul Street
P.O. Box 369
Burlington, Vermont  05402-0369

A PROFESSIONAL CORPORATION

- 2 -