UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ANNESSA LEWIS,<br>    Plaintiff<br><br>    v.<br><br>BELLOWS FALLS CONGREGATION OF<br>JEHOVAH'S WITNESSES, BELLOWS<br>FALLS, VERMONT, INC.; WATCHTOWER<br>BIBLE AND TRACT SOCIETY OF NEW<br>YORK, INC.; and NORTON TRUE,<br>    Defendants | Docket No. 1:14-cv-205 |

## NOTICE OF APPEAL

Notice is hereby given that Annessa Lewis, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 30th day of March 2017.

Dated:   Burlington, Vermont
           April 27, 2017

_____
Jerome F. O'Neill, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P.O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
joneill@gravelshea.com
For Plaintiff

gravel &
shea  ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
P.O. Box 369
Burlington, Vermont  05402-0369