UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ANNESSA LEWIS,<br>    Plaintiff<br><br>    v.<br><br>BELLOWS FALLS CONGREGATION OF<br>JEHOVAH'S WITNESSES, BELLOWS<br>FALLS, VERMONT, INC.; WATCHTOWER<br>BIBLE AND TRACT SOCIETY OF NEW<br>YORK, INC.; and NORTON TRUE,<br>    Defendants | )<br>)<br>)<br>)   Docket No. 1:14-cv-205<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Jerome F. O'Neill, Esq., attorney for Plaintiff, certify that, on April 27, 2017, I served Plaintiff's Notice of Appeal on the counsel of record as follows:

*Via E-Mail and First-Class Mail, Postage Prepaid*

Walter E. Judge, Jr., Esq.
Jennifer E. McDonald, Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT  05402-0190
wjudge@drm.com
jmcdonald@drm.com

Pietro J. Lynn, Esq.
Barbara R. Blackman, Esq.
Lynn, Lynn, Blackman & Manitsky, P.C.
76 St. Paul Street, Suite 400
Burlington, VT  05401
plynn@lynnlawvt.com
bblackman@lynnlawvt.com

William E. Kraham, Esq.
15 Grove Street
P.O. Box 447
Brattleboro, VT  05302-0447
will.kraham@gmail.com

Thomas W. Costello, Esq.
George Anthes, Esq.
Costello Valente & Gentry, P.C.
51 Putney Road
P.O. Box 483
Brattleboro, VT  05302-0483
cvglaw@cvglawoffice.com
anthes@cvglawoffice.com

gravel &
shea  ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
P.O. Box 369
Burlington, Vermont  05402-0369

John O. Miller, Esq.
Watchtower Bible and Tract Society of
New York, Inc., Legal Department
100 Watchtower Drive
Patterson, NY  12563
jmiller@jw.org

Dated:    Burlington, Vermont
          April 27, 2017

*[signature]*

Jerome F. O'Neill, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P.O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
joneill@gravelshea.com
For Plaintiff

gravel & shea  ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
P.O. Box 369
Burlington, Vermont  05402-0369

- 2 -